# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

Elmon Robinson, Kennith )
Mason, George Marlin, Donald )
Anderson, Larry Evans, Minnon )
Wanderson, Wayne, _____ Glen )
_____ Legart Scott )
      **Plaintiff(s),** )
      -vs- )
Ameren _____ & )
Its Subsidiaries — Ameren CIPS )
(Ameren ____ _____) )
& Ameren UE )
      **Defendant(s).** )

**FILED 01 AUG 31 PM 12 04**

**Case No.** 01-4235-JPG
(To be supplied by the Clerk)

## PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C., SECTIONS 2000e AND 2000e-5

**I.**    Previous Proceedings Before the Equal Employment Opportunities Commission (EEOC)

    **A.**    Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

        (X)    YES
        ( )    NO

    **B.**    If your answer is YES, describe the EEOC proceeding:

        **1.**    Parties to the previous EEOC proceeding:

        Petitioner(s)
        See Attached Letter - Elmon o=
        _____
        _____ Anderson, Marlin, ____
        Donald Anderson.
        Respondent(s)
        _____

EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 2

2.     Location of EEOC office that handled your charge:
_Federal District O____ , 1222 Spruce ST, St Louis ?_

3.     Docket or case number of your charge:_EEO 1 ___ # ___ 55A2___
_____ ___ # ____ ___

4.     Disposition (what was the final result of your charge):___
_See ? u __ Dismissal and Not__ of Rights_
_____
_____

5.     Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

        YES (X)     NO ( )

6.     Date of filing charge before EEOC:_3/31-000_

7.     Date of disposition by EEOC:_5/2/01_

C.     Attach copies of all documents you possess relating to the EEOC PROCEEDING, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II.     **Previous Local, State or Federal Proceedings Other Than EEOC**

A.     Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

        YES ( )     NO (X)

B.     If your answer is YES, describe each legal proceeding:

1.     Parties to the previous legal proceeding:

Plaintiff(s) or petitioner(s) _____
_____
_____

Defendant(s) or respondent(s) _____
_____
_____

**EMPLOYMENT DISCRIMINATION**
**PRO SE COMPLAINT**
**PAGE 3**

2. Name of court or agency: _____ _N/A_ _____

_____ _N/A_ _____

_N/A_

3. Docket or case number: _____

4. Name of the judge or hearing officer: _____ _N/A_ _____

_N/A_

5. Disposition (for example: Was the case dismissed? Who won? Was there an appeal? Is the appeal pending or final?): _N/A_

_____ _N/A_ _____

_____ _N/A_ _____

6. Date of beginning previous proceeding: _____ _N/A_ _____

7. Date of disposition of proceeding: _____ _N/A_ _____

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint. _N/A_

C. Have you attached separate sheets regarding previous states, local or federal legal proceedings (other than EEOC)? _N/A_

YES ( )     NO ( )

**III.   Parties to Your Pro Se Complaint of Employment Discrimination**

A. Plaintiff(s)

1. Your full name _See Plaintiffs on Attached List_

2. Your address _See Plaintiffs on Attached List_

_____

3. Names and addresses of other plaintiffs, if any (you should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them):

_____

_____

EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 4

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

B.   Have you attached a separate sheet naming other plaintiffs?
*See attachments for inclusion of other plaintiffs*

YES (X)      NO ( )

C.   Defendant(s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

1.   Full name (individual or firm): _UPS World Tower In._
     _____

2.   Business address: _1901 Chouteau Ave._
     _St. Louis Missouri_

3.   Job position (if individual): _____

4.   Status as an entity (if defendant is a business firm)--Check only one:

     (X)   Corporation (Inc. or Corp. or Co.)
     ( )   Partnership
     ( )   Sole Proprietorship
     ( )   Other _____

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

5.   Names, business addresses, and job positions or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf):

     _____ N/A _____
     _____
     _____

     (Use a separate sheet if necessary; label it clearly if so.)

D.   Have you attached a separate sheet naming other defendants?

     YES ( )      NO (X)

IV.   **Statement of Your Claim of Employment Discrimination**

State here as briefly, concisely and clearly as possible the essential facts of your claim.

EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 5

Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Describe precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and places. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND.   AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

See Attached continuations Sheets

EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 6

DO NOT FEEL COMPELLED TO USE ALL THE SPACE

EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 7

**V.** **Relief You Request**

Check below what you want the court to do for you. You may make as many checks as you like.

(X) Should you prevail in this lawsuit, award you back pay.

(X) Should you prevail in this lawsuit, reinstate you in your old position.

(X) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys' fees).

(X) Other _Penalities and Punishments for____
_____

Signed this _31st_ day of _August_ , ___ .

_[signature]_

_____

(Signature of plaintiff or plaintiffs)

August 4, 2000

Zenaida Falcon
Michelle A Lacey

Mr. Zegary Scott
206 E. Willow
Carbondale, IL  62901

Dear Mr. Scott:

This is a confidential communication to you regarding your claims against Ameren
Corporation. It is very important that you do not share this correspondence with anyone
or discuss it with anyone except each other. If you do, it will no longer be a privileged
communication and the company may be able to obtain it in litigation.

We have completed our investigation of your claims and believe that there is sufficient
evidence to proceed with filing charges with the Equal Employment Opportunity
Commission (EEOC).  I have drafted a class charge of race discrimination, harassment
and retaliation. It does not contain the facts of all of your individual cases, which is not
required, but it does include all of your claims for which there is some supporting
evidence.  You should sign the enclosed charge at the designated places and return the
charge to me immediately  I will then forward the charge directly to the EEOC office in
St. Louis which has jurisdiction over Ameren Corporation.

Also enclosed is a fee agreement which retains our firm as your legal representative.
Among other things, it requires that you pay $1500.00 at the time you retain our firm to
file the EEOC charge. Please read the fee agreement carefully. Sign the agreement and
send it, along with your payment of $1500.00 immediately. If you have any questions,
feel free to contact me.

If you know of anyone who has not been hired for discriminatory reasons and who wants
to join the lawsuit, have them contact us immediately. Further, it is absolutely crucial that
you make notes of the date, time and place of anything of a racial nature that is said or
done to you and send us this information. If you do not do this, this information will fade

August 4, 2000
Page 2

from your memory quickly   I want to thank those of you who have been very conscientious about sending us information about the case.

If you should have any questions, please feel free to contact me

Very truly yours,

Patricia C. Benassi

PCB/llp

Enclosures

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

_____ and EEOC

_____ State or local Agency, if any

| NAME (Indicate Mr, Ms, Mrs) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Zegary Scott | (618) 529-5585 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 206 E. Willow | Carbondale IL 62901 | 7/8/52 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Ameren Corporation | 500 + | (314) 621-3222 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1901 Chouteau Ave | St. Louis, MO 63103 | N/A |

| NAME | | TELEPHONE (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate boxes)

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN

[X] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST                LATEST

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheets)

See attached

[X] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (when necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN BEFORE ME THIS DATE (Day, Month, and year)

Charging Party Signature

1   We, Anthony Robertson, Wendell Johnson, George Martin, Larry Adams, Kenneth Mason, Elmer Robinson and Zegary Scott are current employees of Ameren Corporation. We believe that Ameren Corporation, formerly Central Illinois Public Service Company (CIPS), has discriminated against us and other African American employees and applicants for employment regarding, among other things, promotions, job assignments, training, hiring and other terms and conditions of employment  In addition, we have been harassed by both co-workers and managers because we are African American  Finally, we believe that Ameren Corporation has retaliated against those of us who have complained or otherwise objected to this discriminatory treatment

2.  We have endured constant harassment because we are African American. Co-workers and management alike have and continue to intimidate and taunt African American employees by referring to them as "spearchunkers," "magpies," "monkeys," "orangutans" and other racist and insulting terms  These racial taunts and name calling are reinforced by strategically placed symbols of African American torture and destruction including nooses, KKK paraphernalia and the like  For example, a noose hung prominently in a main area of the plant for a lengthy period of time, in clear view of management who did nothing. Threats of physical violence, both implied and direct, are made frequently, but nothing is done.  Caricatures of African Americans, racist jokes and other demeaning objects are circulated and displayed in the plant  The word "nigger" is carved on the wall of a highly trafficked area of the plant  The racist term has been there for years and still confronts African Americans on a daily basis.

3   Complaints of racial harassment are either ignored or become the impetus for retaliation by management or co-workers  For example, one employee, Zegary Scott, was forced off work and required to take disability leave after making complaints about race discrimination

4.  The racial harassment is both severe and pervasive, and is known to management which has acquiesced in it, participated in it, condoned it and failed to take effective corrective action to stop it.

5   Qualified African American employees who apply for work are routinely denied employment, while less qualified white employees are hired by Ameren Corporation. No African American has been hired at Ameren Corporation's Grand Tower facility since 1994, despite numerous applicants.  Pre-employment testing, as well as other discriminatory policies and practices, are routinely and pretextually used to deny employment to African American applicants

6.  The conduct described herein is not all inclusive, but merely by way of example of the discrimination and harassment to which African Americans are subjected.

7   We are filing this charge on our own behalf and on behalf of all African American employees of Ameren Corporation  We allege that Ameren Corporation generally discriminates on the basis of race with regard to  among other things, hiring, promotions

transfers, job assignments and job terminations, and/or discipline, as well as other terms and conditions of employment   In addition, we allege that Ameren Corporation tolerates and even encourages racial harassment   Finally, we allege that Ameren Corporation retaliates against employees who complain or otherwise object to racial discrimination or harassment

8    We allege that the actions described above constitutes illegal discrimination on account of race and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U S.C  § 2000e   In addition, we allege that the above actions constitute violations of state law regarding employment actions

Anthony Robertson   351-6951
LARRY ADAMS 637 5593

TO  WHOM IT SHOULD CONCERN

FROM  AFRICAN AMERICAN EMPLOYEES (FOR AMEREN/CIPS) DAMAGED VICTIMS AND OBSERVERS OF ALLEGED RACISM AT CIPS GRAND TOWER POWER STATION

SUBJECT  EXTREMELY SERIOUS ALLEGATIONS AIMED AT FORTUNE 500 CORPORATION AMEREN/CIPS CONCERNING A PATTERN OF SYSTEMIC HABITUAL DEGRADING RACIST MISCONDUCT  CRUEL ON-GOING SANCTIONED RACIST TACTICS  ITS PRACTITIONERS, RACISMS INJURED VICTIMS  MUCH SUFFERING AND THEIR PRAYERFUL PLEAS AND PETITIONS

We, AFRICAN AMERICANS EMPLOYEES FOR AMEREN/CIPS HAVE made a compelling committed vow to do the will and conduct the business of the creator of all mankind  For certain we are trusting and believing and fervently praying that the just God of heaven is carefully directing and guiding this very essential quest  We know God is just, he is fair, he is not prejudiced, and he shows no partiality and is no respecter of persons  God's commandments speak very strongly against racism and all his servants have the same appointed privilege and responsibility of opposing these illegal immoral behaviors always and everywhere  Our compelling decision to oppose and expose CIPS is very very long overdue  We have had to pray ceaselessly for the necessary faith and courage to finally bring forth allegations against (in our opinion) this bold, defiant, unchallenged champion of racial misconduct  We are hoping, believing and praying you all realized that our inspiration from God is the one thing that has finally motivated and enables us to confront and question this defiant stiff-necked corporate giant's policies in the workplace  We honestly believe with all our hearts that the Good Lord is truly smiling down very pleased on us for making the only right decision in bringing forth these allegations of racial misconduct against this very large corporation  We certainly have put our families and ourselves in harms way by making this righteous decision  Many family members and friends truly fear and anticipate that more retaliation is very very certain  Although this might be true, we have decided we will no longer keep silent or fear this disobedient, stubborn FORTUNE 500 CORPORATION, its wide array of purchased friends and perverse influence  We are no longer afraid to do what should have been done so long ago and what now must be done before it destroys many others as it has destroyed us  We daily Thank God that he has allowed us to finally realize that if anyone (me or you) is afraid to do what is just and right then they are not afraid to do what is unjust and wrong  When we don't stand for what is just and right we stand for what is unjust and wrong  We positively know now that to bring forth these serious allegations is the only RIGHT thing to do  We truly desire that only the guilty suffer as they have made many others to suffer  We will no longer fear or be overly concerned about what additional reprisals CIPS may attempt to deliver  We have committed, prepared and plan to mount a unprecedented, fearless, tireless, fortified challenge against what we consider to be Racism plain and simple  Please understand and make no mistake that we are alleging that this

Racism at CIPS has been on going for generations, sanctioned and is unofficially endorsed by the TOP MANAGEMENT AND LEADERSHIP of this infamous (in our opinion) CORPORATION    Please remember how infested with evil SODOM and GORMORRAH were   CIPS GRAND TOWER POWER STATION treatment of African Americans is a very similar evil   A HOSTILE environment, void of fairness is designated for African Americans to constantly endure   This alleged racism is ingrained and practiced extensively among the Rank and File (union members-union officials) as well as management (company personnel-supervisors), it is truly and sadly SYSTEMIC   We must inform you that this alleged unofficially endorsed sanctioned racism is and has been very very effective within this corporate giant's workplace    Believe us, it has and will continue to function effectively unless it is thoroughly INVESTIGATED and after investigated PUNISHED   For your information, extreme damage has been done to its intended targets and/or victims   We tell you all racism has far reaching destructive power, it injures the direct victim and also touches the indirect targets   Please understand the victim suffers IRREPARABLE INJURY as well as his family, friends and community, suffer IRREPARABLE INJURY We are praying and hoping each person (READER) realizes and understands that this FORTUNE 500 CORPORATION is actually just a group of human beings (that happens to be WHITE and perverse in our opinion)   They have made and are making many many decisions (ILLEGAL and UNETHICAL in our opinion) that are adversely affecting many other human beings lives (AFRICAN AMERCIANS)   We hope to have certain of these decision that are so confusing to us looked upon by many honest, concerned, observer with the closest strictest scrutiny   Their many confusing decisions in the area's of RECRUITING, HIRING, PROMOTING, UTILIZING (UTILIZATION) AND DISCIPLINING of African Americans employees would be a welcomed reasonable, rational, responsible place to initiate a thorough fact finding investigation   We truly welcome and pray for ONE unbiased investigation into these seriously hurled allegations of racial discrimination in the CIPS GRAND TOWER WORKPLACE   We pray that the whole naked truth is exposed and opposed   We certainly contend this FORTUNE 500 CORPORATION is ONE and ONLY ONE unbiased investigation away from being convicted of being a malicious practitioner of racial misconduct in the workplace and the neighboring LOCALITY   We pray that this 911 ALARM, SOS ALERT is enough to ignite a strict scrutinizing of this CORPORATE WELFARE RECIPIENT'S RECORD (These are WHITE COLLARED CRIMINALS in our opinion)    We are FERVENTLY PRAYING the stage that this EXPOSURE DAWNS is the NATIONAL STAGE   We are praying for NATIONAL EXPOSURE of a FORTUNE 500 CORPORATION which is a large recipient of CORPORATE WELFARE and is nowhere close to being an EQUAL OPPORTUNITY EMPLOYER or PROMOTER of AUTHENIC AFFIRMATIVE ACTION for AFRICAN AMERICANS other than on PAPER    AMEREN/CIPS is a very very good example of what an EQUAL OPPORTUNITY EMPLOYER IS NOT   We observed these individuals (COMPANY TOTAL) as being WHITE, WHITE COLLARED CRIMINALS that have and are committing crimes against AFRICAN AMERICANS that certainly merit and very much so DESERVE EXPOSURE, PENALTIES AND PUNISHMENTS   Genuine EQUAL OPPORTUNITY EMPLOYERS do not possess the INTENTIONS, MOTIVES, ATTITUDES,

does not PURPOSE, nor ALLOWS the conduct or behavior that existed within this corporate giants workplace TRUE EQUAL OPPORTUNITY EMPLOYERS DO NOT possess the FAILED APPLAUDED RECORD concerning AFRICAN AMERICANS CIPS has a NOTORIOUS and HISTORICAL REPUTATION concerning AFRICAN AMERICANS You must fairly and earnestly RECRUIT, HIRE PROMOTE and UTILIZE to be A GENUINE EQUAL OPPORTUNITY EMPLOYER WORTHY TO RECEIVE THIS NATION'S CORPORATION WELFARE BENEFITS LEGALLY This alleged racist corporation is being allowed to UNFAIRLY DISCRIMINATE, HARASS, EXCLUDE, INJURE AND DESTROY AFRICAN AMERICANS AND STILL BENEFIT WITHOUT LEGAL COMPLIANCE TO FEDERAL, STATE AND GOD'S LAWS WE KNOW this corporation has been given a very long time to become a FAIR, GENUINE EQUAL OPPORTUNITY EMPLOYER They have refused this privilege and has resorted to employing overt and subtle tactics to receive their CORPORATE WELFARE BENEFITS and still hold on to their AGELESS TRADITION OF DISCRIMINATION AGAINST AFRICAN AMERICANS We pray this TRUTHFUL and HONEST message is not going to be ignored or neglected by ALL THAT IT SHOULD CONCERN Sadly, but Truly these violations are NUMEROUS and SUBSTANTIAL and can be cited as well as proven if an investigation is forth coming We the undersigned can and will provide extensive EVIDENCE and TESTIMONY concerning these allegations of RACIAL MISCONDUCT AGAINST AFRICAN AMERICAN EMPLOYEES, AT AMEREN\CIPS

YOURS TRULY

'29169 - Zegary Jerome Scott   20 year Employee CIP
'29162 - Anthony Robertson   8 yrs. Employee CI/
'29117 Wendell Johnson   5 YRS Employee C.I.P.
'29099 Steven Fossie   5 yrs employee C.I.P.
'29053 Larry Adams   10 yrs Employee C.I.P.S.
'29132 Kenneth Maxon   22 yrs Employee C.I.P.S.
'29130 George Martin   11 yrs Employee C..P.S.
29055 Donald Anderson   10 yrs
29164 Elmer D Robinson   28 year Employee CiPS

Contacts:

Zegary J. Scott
206 E. Willow
Carbondale Il

Anthony Robertson
1508 E. Gary Dr
Carbondale IL

Wendell Johnson
P.O. Box 711
Murphysboro, IL
62966

To the BROTHERS, attached to this letter is a list of allegations we have put together
What we need from you is for you to read each allegation carefully and make a list that
will verfiy each allegation as you see it or as you have experienced it  PLEASE TAKE
CARE OF THIS MATTER AS EXPEDITIOUSLY AS POSSIBLE  We would like to
have this information in the event we are called by our attorney to verify or substantiate
these allegations   If these items are written down then we will not have to rely on our
memory as much  PLEASE KEEP THIS INFORMATION

George W. Martin
112 Sunset Drive
Carbondale, Illinois 62901
April 4, 2000

Patricia C. Benassi
Benassi & Benassi, P.C.
Attorneys at Law
300 Northeast Perry Avenue
Peoria, Illinois 61603

Subject: Allegations

Included with this letter is a list of allegations we feel justifies the filing of a law suit against Ameren Cips and more specifically Ameren Cips at Grand Tower Illinois. This list in not all inclusive. The items listed do not include substantiating documentation. We feel it will be necessary to meet with you to provide an explanation and substantiation of each allegation and include any other substantiated allegations we might have.

In keeping with trying to secure information that might help substantiate some of our allegations, I met again with Loyd Ebersohl the Human Resources Director Monday 24, 2000 and again asked him about the minority applications I had submitted. He told me that he still had not found time to look at the applications. I said, "you mean the resumes don't you?"(at first he had me tell people to submit an application and later a resume) He said, "yes the resumes." I said, "I see that another new guy started Monday," he said, "yea, and we have another one starting Friday 28th April)." I indicated that the guys I submitted have had their applications in for at least 3 weeks or longer. He said, "yea, and I have not had a chance to go through them and as soon as I get caught up I will take a look at them." With that I said OK and decided that it was futile to pursue the matter any further and left.

Sincerely Yours

*George Martin*

George Martin

# GRAND TOWER POWER PLANT
## MINORITY EMPLOYEES
### ALLEGATIONS

1  We African Americans allege less than fair and equal treatment in the areas of recruiting hiring, promoting, utilization discipline etc

2  We allege **GROSS NEPOTISM** Cronism, Favortism, and plain old **RACISM**

3  We allege less than a good faith effort to seek out, reach out and attract or recruit qualified African American Professionals for positions in the management family in the Grand Tower family

4  We allege less than a good faith effort to seek out, attract, recruit a fair number of qualified African Americans for custodial and entry level positions

5  We allege less than a good faith effort to seek out, attract, recruit qualified African American females for management, custodial, clerical, entry level, and security positions

6  We allege less than a good faith effort to recruit, seek out, attract, utilize already employed qualified African Americans for management positions

7  We allege less than fair or equal training opportunities for African Americans  We allege that they have unqualified trainers and evaluators

8  We allege less than a fair and impartial evaluation by performance evaluators of African Americans

9  We allege African Americans have been rejected  for permanent employment for many other reasons other than work performance  We allege the evaluators could intimidate many African American  males and it resulted in their rejection for permanent employment

10  We allege an African American has been terminated and harassed on paper for no justifiable reason

11  We allege undo retaliation and reprisals against African Americans  that resist and complain about decisions rendered against themselves and other African Americans in the work place and in general

12  We allege records of African American  being tampered with to impede the progress of potential litigation and its probable penalties, punishments, remedies  that would and could result  We allege a systemic cover-up of the knowledge of said records

13  We allege more severe penalties and punishments regarding African Americans in the discipline arena

14  We allege the use of unchallenged undo verbal discipline by company personnel with no union representative resistence(Local 148)

15  We allege poor union representation(local 148) by local and international representatives(there has been only one grievance filed on behalf of African Americans in the history of the Grand Tower Power Plant spanning 1924-2000, and it was lost)

16  We allege that African Americans have had to file their own grievances(local 148) without the expertise of supposedly trained qualified paid union officials and their plant representatives

17  We allege the union(Local 148) and their plant representatives have refused to file grievances on behalf of African Americans and have rejected grievances at stages that no union official has a right to reject per union contract

18  We allege less qualified whites have been promoted before more qualified African Americans into the management positions, where they receive better wages, better benefits, better working conditions for themselves and for their family  We allege as African Americans that we are overlooked, ignored, excluded, rejected, and denied access to these much better jobs(all wage and salary personnel at the Grand Tower Power Station have been and is white)

19  We allege Ameren Corporation is not providing fair and equal access to promotional schemes and **PAST AND PRESENT JOB OPENINGS. MOST JOBS ARE FILLED BEFORE THEY ARE POSTED AND BECOME PUBLIC.**

20  We allege the leadership of this corporation  has permitted African Americans to be stereotyped, prejudged, belittled,  minimized and harrassed in the work place without concern or challenge

21  We allege a significant number of unwelcomed, offensive, and disrespectful, unbelievable racial slurs, are continually hurled at individuals in the work place as well as African Americans as a class

22  We allege numerous offensive  disrespectful epitaths depicting African Americans in denigrating manners have been observed by management and union officials without investigation or proper disciplinary action

23  We allege unfair manipulation of vacations, work assignments, work scheduling and days off(that is ' working conditions")

24  We allege undisciplined  unchallenged physical antics in the work place ie. kicking one in the rear to the pleasure of  bystanders

SUMMARY

An excerpt taken from a copy of Ameren Cips Affirmative Program of March 1, 1996, Policy #14.5 whose effective date was June 1, 1992 signed by Clifford L. Greenwalt, then President and CEO of CIPS states as follows: It has long been the policy of the Central Illinois Public Service Company to provide equal employment opportunities without regard to race, color, religion, sex, age, national origin or ancestry. This policy relates to all phases of employment including, but not limited to, recruiting, employment, placement, upgrading, demotion or transfer, layoff, recall and termination; rates of pay or other forms of compensation and selection for training; and to use of all facilities and to participation in all company-sponsored employee activities. Under policy #3 of their Program it further states as follows: Company personnel involved in hiring are charged with the responsibility of establishing communications with various agencies, organizations and individuals representing the minority population in their locality to *actively seek out and attract:*

A. *Qualified minority and female applicants.*

B. Disadvantaged minority applicants for training under the Company's program for assisting disadvantaged persons{this program applies only to the Springfield General Office location)

Because of he absence of minorities in positions across the board with this Fortune 500 Company, we would like to know just what efforts have been made congruant with their stated policy to recruit, hire, utilize and promote African Americans. It is our position, based on what we have seen, that their policy is ineffective; a psuedo-policy, a policy for appearance only. We request therefore, that you greatly scrutinize their affirmative action efforts or lack there of, to determine its validity, and bring to bear the weight of the law to remedy any past, present, or future injustices. We further request that they be held monetarily accountable for any lost wages, jobs, pain and suffering, and any employee denied employment or not provided with the opportunity for advancement be made whole.

Signatures _____          Date
            _____
            _____
            _____
            _____
            _____
            _____
            _____
            _____
            _____
            _____
            _____

George W. Martin
132 Sunset Drive
Carbondale, Illinois 62901
April 16, 2000

Patricia C. Benassi
Benassi & Benassi P.C.
Attorneys at Law
300 Northeast Perry Avenue
Peoria, Illinois 61603

Subject: Items that may be of interest

In a meeting with Loyd Ebersohl, Human Resource Director at Ameren Cips at Grand
Tower April 14, 2000 at approximately 11:42am, I inquired about the disposition of the
minority applicants I referred to him that submitted an application or resume. Our
conversation went like this.

Loyd, you remember when we sat down sometime at the beginning of the year and I
wanted to know just what to put out as an announcement in our church concerning these
temporary jobs. Well, I would like to talk to you about the people I have referred to you
for work here. I have referred at least nine people and have at least three concerns. I
have been asked by some of the people to check into their applications. He replied, come
on in, close the door and have a seat. I said thank you and did just that. He asked me who
did I have in mind, He mentioned Kelvin Coleman. I said yea, and David Spiller, Joe
Morgan, Zegary Scott Jr. II. He said that he had just got back and had not had time to
look at his mail. I then asked him had the company given any consideration to hiring
minorities for some of the temporary or permanent positions. He said yea and as matter
of fact we are below our target, but we do intend to hire some. Do you have anybody you
would like to see work here? I said yes, David Spiller, Kelvin Coleman, Joe Morgan. He
rumbled through some of the papers on his desk and found David Spillers but did not find
Joe Morgans or Zegary Scott Jr. II whose resume had been recently submitted. He said I
have David Spillers but I don't see Joe Morgan or Zegary Scotts but I have not had time
to look in my mail box, they could be in there. The other thing I would like to know is I
I've been led to believe that there is some misunderstanding about the application
process, could you tell me just how that works. He asked Why, what have you heard. I
explained that to one of the applicants, told me that he was told by his father who was told
[illegible] that [illegible] employment, that could be used if application
[illegible] used the Illinois, but when applying there I was told that he
[illegible] application [illegible] but to apply
[illegible]
[illegible]
[illegible]

asked whether they were using applications or resumes or just what is the process   He replied that applications were no longer used that St. Louis has a soft computer program and are now only accepting resumes   I said then the resumes are sent from your office to St. Louis and based on the resumes names are sent  back to you indicating whom to test He said that he had been so covered up that he has had to fill these temporary positions, and no he had not sent all the resumes to St. Louis   He again said that he had been so pressed to get someone to fill these temporary jobs that he has made the determination as to who to hire from his office   This was quite evident, in that David Spillers Resume had been submitted since 4/4/00 and none of the minorities whose application was on file were hired   It became quite apparent that he chose whom to hire and as it is still revealed even as late as 4/10/00 that he had no intention of hiring a minority   I would however suspect that after our meeting he may be pressed to make a good faith effort to hire a minority by the end of this week   He informed me that he had two people coming Monday 17th, and one Friday 21st   It is my guess that he will try to appease us by making one of these a minority(strictly a hunch on my part based on our conversation)  I think what you will find is that there are a number of  present temporary employees that has not taken a test at all   Kelvin Colemen had to take a test and according to Loyd there was another minority taking it at the same time   He showed me a sample copy of the test and there is no way and educated person could not pass it

I thought this might interest you and hope that it is of some significance, I don't want to bombard you with an avalanche of useless paper   I will  however try to keep you as up to date as I am

Included with this letter is copies of the 9 Grand Tower Power Station vacancies and the notice thereof along with vacancies at other plants and a copy of Joe Morgans Resume

Sincerely Yours

*George Martin*

George Martin

BENASSI & BENASSI, P.C.
Attorneys at Law

A. Lou Benassi
Patricia C. Benassi
—
Athena M. Downey
Zenaida Falcon
Michelle A. Lacey

August 21, 2000

*Via Airborne Express*

Ms. Cindy Basile, Investigator
Equal Employment Opportunity Commission
St. Louis District Office
Robert A. Young Bldg.
1222 Spruce St., Room 8.100
St. Louis, MO  63103

     Re:    Charge of Discrimination

Dear Ms. Basile:

Enclosed please find Charges of Discrimination which are being filed on behalf of my clients, Anthony Robertson, Kenneth B. Mason, Elmer D. Robinson, Zegary Scott and Larry M. Adams, against the Ameren Corporation.

Please direct all future correspondence to me.

Very truly yours,

Patricia C. Benassi

PCB/lam

Enclosures

cc:  Anthony Robertson
     Kenneth B. Mason
     Elmer D. Robinson
     Zegary Scott
     Larry M. Adams

NOTE:      This communication is a privileged communication from Benassi & Benassi, P.C. to their clients. Its contents are not permitted to be disclosed to anyone except the persons to whom it is sent by the lawyers.

## CONFIDENTIAL MEMORANDUM

TO:        Anthony Robertson, Kenneth B. Mason, Elmer D. Robinson, Zegary Scott, Larry M Adams, George Martin, Donald Anderson and Steve Fossie

FROM:      Patricia Benassi

DATE:      August 29, 2000

RE:        Update on status of case

The charges sent by Anthony Robertson, Kenneth B Mason, Elmer D. Robinson, Zegary Scott, Larry M. Adams, Wendell Johnson and George Martin have been sent to the EEOC in St Louis and are now on file.

I still have not received the charges from Donald Anderson and Steve Fossie. Please send your signed charges immediately!!!!! It is important to send the charges because your cases could be time barred if you wait too long.

I will be communicating with you both by telephone and by memorandum such as this one. It is very important that you do not discuss information about your case or what I tell you with anyone other than each other. The reason for this is that you will lose the protection of attorney client privilege  You do not want the company to know what we discuss and that is exactly what can happen if my advice and information is shared with others who are not a part of the case

Now to the good news. The EEOC office in St Louis has contacted me and has placed your cases on the " A Track". What this means is that they have given it priority and will be investigating it with the possibility of joining in and prosecuting the case as co-counsel. This is very good news

I will be meeting with representatives of the EEOC on September 8, 2000, to give a summary of the information we have obtained from you  The names of the EEOC representatives are Cindy Basile and Melvin Kennedy  Anthony and Wendell will also be meeting with the EEOC representatives on September 8, 2000

The Equal Employment Opportunity Commission investigator, Cindy Basili, has requested to interview all of you in Carbondale at the Holiday Inn on the evening of Monday, September 11, 2000 or during the day on Tuesday, September 12, 2000. Please contact my assistant, Lori Maurer to arrange a time that is convenient for you.

From now on, you should keep track of everything that happens to you. You should keep notes of anything that is said to you of a racial nature, or anything that you believe is racially discriminatory. If something happens, write it down and send it to me or call my assistant, Lori Maurer and tell her what has happened. She will record what you tell her and then give the information to me. I cannot tell you how important this is. If you do not keep a record of what is happening, you will forget about it, or forget the date. Those who keep these kind of records usually end up having the best cases.

The EEOC is very interested in information about the failure to hire African Americans. I will be sending them information given to me by George and Anthony concerning the names of African Americans who have applied for work and have not been hired. One of the individuals has contacted me, but I have heard nothing from him since my last correspondence. If you know anyone who falls into this category, have them contact me.

If you have any questions, please call me or Athena.

BENASSI & BENASSI
Attorneys at Law

A. Tou Benassi
Patricia C. Benassi

Athena M. Downey
Zenaida Falcon
Michelle A. Lacey

August 31, 2000

*Via Airborne Express*

Ms. Cindy Basile, Investigator
Equal Employment Opportunity Commission
St. Louis District Office
Robert A. Young Bldg.
1222 Spruce St., Room 8.100
St. Louis, MO  63103

Dear Cindy:

Pursuant to our conversation on Thursday, August 24, 2000, the following information is enclosed to assist you in your investigation.

1    Two photographs.  One is of a noose which was hanging for several weeks in one of the main areas of the plant in mid 1998.  The second picture is a parody of an African figure which is still on display in the plant

2    Employee Opinion Survey results dated January 1998.  I believe the survey was conducted by Professor Lynn Bartels.  Her address in 1998 was Southern Illinois University, P O. Box 1121, Edwardsville, Illinois 62026-1121.  My clients have advised that most of the African-Americans put in their survey reply complaints about racial jokes, mistreatment of minorities and the lack of training of minorities

3    Collective Bargaining Agreements between the employer and Local 148   I did not see any non-discrimination provisions in any of the Collective Bargaining Agreements which is quite unusual today.

4    Various seniority rosters of employees both in Local Union No. 148 (International Union of Operating Engineers) and Local Union No  702 (International Brotherhood of Electrical Workers)   One of these lists  which may be confusing, has various arrows pointing which show which employees at the Grand Tower Power Station are related to each other

BE\ASSE & BE\ASSE, PC
Attorneys at Law

Ms. Cindy Basile
August 31, 2000
Page 2

5.   General information about Local Union No. 148 which we obtained from the Internet.

6.   A list of all African-Americans hired since the opening of the Grand Tower facility. The names which are check marked are still employed at the Grand Tower facility. Two African- American employees, Anthony Robertson and Wendell Johnson, recently transferred to the Coffeen facility.

7.   A list of all African-Americans who have worked as temporary hires at the Grand Tower facility.

8.   A list of all African-Americans who have applied for employment but who were not hired.  There may be others who should be on the list of applicants, but we have given you the ones that we are aware of.

9.   Organization chart of the Grand Tower Power Station.

10.  A copy of the Ameren Equal Employment Opportunity and Affirmative Action policy which was issued and given to employees on May 9, 2000.

11   Ameren/Recruiting Summary Form.

12.  Ameren Corporation Sexual Harassment Policy

13   General information concerning the Grand Tower Plant and Ameren and its facilities including information from the Internet

14   Ameren's Corporate Compliance Guide Book

15   Ameren's Corporate Compliance Policy

Ms. Cindy Basile
August 31, 2000
Page 3

BENASSI & BENASSI, P.C.
Attorneys at Law

16.   Census information concerning Jackson County.

17.   Ameren's 1998 and 1999 Annual Report.

18.   Documents pertaining to Kelvin Coleman, an applicant to CIPS, who we discussed on the phone.

19.   Documents pertaining to Joe Morgan another applicant.

20.   A handwritten list of all employees who previously worked at the CIPS facility. This document was given to me by one of the charging parties and contains a complete employment history of the Grand Tower Power Station. It should be very helpful to in giving you background information about the Grand Tower facility.

21.   Employee Performance Evaluation Form and copies of racial jokes.

Please give me a call if you have any questions.

Very truly yours,

Patricia C. Benassi

PCB/lam

Enclosures

cc:   Anthony Robertson (w/o enclosures)
      Kenneth B. Mason (w/o enclosures)
      Elmer D  Robinson (w/o enclosures)
      Zegary Scott (w/o enclosures)
      Larry M. Adams (w/o enclosures)
      Wendell Johnson (w/o enclosures)

### Grand Tower Power Station Employee Numbers
January 26, 2000

#### Operators

| | | | | |
|---|---|---|---|---|
| 29053 | Adams, Larry | 34239 | Ellis, Donny | 29159 | Rathjen, Kevin |

ADAMS DITCH

| | | | | |
|---|---|---|---|---|
| 29053 | Adams, Larry | 34239 | Ellis, Donny | 29159 | Rathjen, Kevin |
| 29055 | Anderson, Donald | 29099 | Fossie, Steven | 29161 | Riegger, William |
| 29056 | Anderson, Ed | 29100 | Franklin, Gerald | 29162 | Robertson, Anthony |
| 29058 | Annis, Bert | 34302 | Gale, Jason | 29164 | Robinson, Elmer |
| 29059 | Baker, George | 29109 | Henson, Bobby | 29165 | Ryder, Harold |
| 29060 | Baltzell, Roger | 29110 | Hileman, Gary | 29166 | Sanders, Paul |
| 29061 | Baltzell, W.E. | 34105 | Hilem   Todd | 29169 | Scott, Zegary |
| 29064 | Beisner, Lester | 29112 | Hollin…n, Gary | 29174 | Slusher, Shelby |
| 34299 | Borders, Fred | 29114 | Houston, Walter | 29178 | Spring, John B |
| 29067 | Blandford, Michael | 29115 | Hughes, Willis | 29182 | Stone, Alvin |
| 29071 | Browder, Clarence | 29117 | Johnson, Wendell | 29184 | Sullivan, Debra |
| 29076 | Butler, Terry | 29121 | Keipp, Don | 29190 | Trammel Curt |
| 29078 | Camp, Larry | 29122 | Koch, Timothy | 34251 | Trammel David |
| 33706 | Choate, Joe | 33707 | Livesay, John | 29192 | VanOver, Carrol |
| 29079 | Choate, Jonathan | 29132 | Mason, Kenneth | 29198 | Ward, Anthony |
| 29080 | Clarke, Roger | 29133 | Matlock, Rollie | 29199 | Ward, Ar… |
| 29081 | Clover, Doug | 29136 | McKeever, Sharon | 29201 | Wells, David |
| 29083 | Clover, John | 29138 | Mezo, Allan | 29208 | Wills, Maye |
| 29086 | Crain, Robert | 33848 | Mezo, Tracy | 29209 | Wills, Steve |
| 34300 | Dillow, Jerry | 34301 | Miller, Ed | 29210 | Wilson, Raymon |
| 34250 | Doerr, Jason | 29143 | Morgan, Dennis | 29211 | Wilton, Merrie |
| 29096 | Ellet, Randy | 34230 | Morthland, Sam | 29194 | Worthen, Linda |
| 29097 | Ellis, Jerry | 29145 | O'Daniel, Gary | 29213 | Worthen, Roy |
| 29098 | Ellis, Steve | 29151 | Petrone, Gary | 29214 | Wright, Dennis |
| | | | | 29215 | Wright, Terry |

#### Electricians

| | |
|---|---|
| 29065 | Bilderback, Dan |
| 34009 | Clarry, Bruce |
| 29084 | Collier, Gary |
| 29108 | Heininger, Mike |
| 29119 | Jones, David |
| 29127 | Lee, Steve |
| 29130 | Martin, George |
| 33806 | Odle, Jeff |
| 29173 | Weaver, Lee Ann |
| 29201 | Will, Richard |
| 33801 | Williams, Dan |

#### Office

| | |
|---|---|
| 29224 | Archer, Robert |
| 29072 | Browder, Danny |
| 27879 | Butler, Robert |
| 29298 | Ebersohl, Loyd |
| 29306 | Feazel, Phillip |
| 29339 | Hicks, Kenneth |
| 29344 | Hollmann, Janice |
| 29352 | Huffman, Melba |
| 29396 | McConnell, Mich…l |
| 29398 | McGee, Paul |
| 29432 | Ozment, Ron |
| 29151 | Rhodes, Robert |
| 29452 | Rich, David |
| 29369 | Schuh, Bill |
| 29487 | Stamm, Doug |
| 29499 | Tewell, Andy |
| 29335 | Weil, Michelle |
| 29537 | Wilson, John |

This copy came
from the maintance office
where they now black we
They try to figure out who
was related to who!

AR

Blankenship, Kenneth

From:      McDowall, Ed
Sent:      Thursday, February 01, 2001 5 07 PM
To:        DL Broadcast Ameren-ALL
Subject:   Ameren OnLine - Feb  2, 2001

# AMEREN ONLINE For the Week Ending Feb. 2, 2001

**Please print and post this edition for non-users of E-mail**

**Ameren stock (NYSE: AEE)** closed on Feb  1 at 40 64, down from the Jan  25 close of 41 875

**SYSTEM GENERATION**, Jan  21 through Jan  27  Labadie, 26 6%, Callaway, 15 8%, Newton, 14 2%, Rush Island, 13 8%  Sioux, 11 2%, Meramec, 6 5%, Coffeen, 5 9%, Meredosia, 2 0%, Hutsonville, 1 4%, Keokuk, 1 2%, Taum Sauk, 0 9%, Grand Tower, 0 0%, Osage  0 3%, Venice, 0 0%  Combustion turbine generation  0 4%  Total Ameren System Generation for the period  1,288,855 megawatthours

**AMERENCIPS DISCONTINUES ELECTRIC SERVICE IN ROODHOUSE.** AmerenCIPS last Friday transferred to the community of Roodhouse its right to serve electric customers in the small, west-central Illinois municipality  Prior to the transfer, AmerenCIPS and the city of Roodhouse both operated electric distribution systems in the community  A letter from AmerenCIPS to affected customers states that, "All    will benefit from the elimination of this duplication and consolidation of the two systems "  The transfer was completed on Monday when AmerenCIPS personnel pulled company meters  The changeover affects about 90 electric customers in Roodhouse  The company provided electric service in Roodhouse for more than 90 years

**AMEREN OFFERS $10,000 REWARD.** Ameren is offering a total of $10,000 as a reward for information leading to the arrest and conviction of anyone who has participated in the development or display of materials meant to harass or intimidate others in the workplace -- including, but not limited to, nooses or graffiti  To offer information that will lead to the arrest or conviction of these persons, please call Ameren Services Security Hotline Number 314-554-6555  In cases where more than one person comes forward with such information, the $10,000 reward will be shared

**LEGAL ACTION TAKEN AGAINST CHARTER COMMUNICATIONS**  Ameren continues to pursue legal action against Charter Communications, Inc  for unauthorized installation of cable strands on AmerenUE poles throughout the St  Louis metropolitan area  The action is aimed at resolving safety and cost recovery issues  Ameren filed suit against Charter Communications in St  Louis County Circuit Court in December  With that legal action pending, company and Charter Communications representatives are working to resolve all issues  Ameren is seeking a full index of AmerenUE poles with Charter Communications attachments, inspections to ensure that the attachments are safe, and recovery of costs for using the poles to support the cable installations  Ameren is calling on Charter Communications to uphold its current obligations under contract and submit written application for future installations, obtain AmerenUE's approval for use of the poles as defined in each application, ensure that all installations meet National Electric Safety Code guidelines, and provide full payment

**AMEREN TO LAUNCH ECONOMIC DEVELOPMENT DIRECT MAIL CAMPAIGN.** Ameren this month launches a direct mail campaign promoting its Illinois and Missouri service regions as prime locations for companies in the plastics and automotive supply industries  Twelve economic development organizations representing several dozen communities in Ameren's Illinois and Missouri service territories are program partners  The first in a year-long series of mailings is scheduled for mid-February  The campaign targets industrial site selection consultants as well as plastics companies and automotive suppliers

**INTERNET-BASED SERVICE NOW AVAILABLE TO GAS TRANSPORTATION CUSTOMERS**  Ameren's gas transportation customers now have a direct link to the Unbundled Services Management System (USMS) through Ameren's website  Gas transportation customers purchase their gas supplies from the suppliers of their choice  The internet-based link replaces a system that required special software and a modem to access gas usage, purchasing, pricing and billing data  Now gas transportation customers, or their marketers  can track daily usage, schedule gas for delivery and get billing information on-line  The new system offers improved accessibility and eliminates the need for customers or their marketers to make long-distance phone calls to enter, retrieve or review data  The USMS site also provides responses to a comprehensive list of frequently asked questions about Ameren's gas transportation service  AmerenCIPS has approximately 230 gas transportation customers  There are about 80 gas transportation customers on the AmerenUE system

NEW CORPORATE PASSWORD POLICY!  A new computer password procedure is now being implemented for all employees  Implementation begins in February and will continue through May  The new procedure will allow you to use only one password for logging into the network, mainframe, and various other operating systems  Also, password restrictions will now affect your LAN password (for example, LAN passwords will expire every 90 days)  More information




 

## CENTRAL ILLINOIS PUBLIC SERVICE COMPANY

June 8, 1988

To Whom It May Concern:

Zegary Scott has been a valuable asset to Central Illinois Public Service Company while employed at Grand Tower Power Station. It is my pleasure to recommend him for a position with your company.

Zegary is a dependable, capable worker and would be a welcome addition to any place of employment. He has demonstrated responsibility and competence while employed at Grand Tower and works well with others.

I have no doubt that he would live up to your expectations. If you need further information concerning Zegary Scott, please don't hesitate to contact me.

Sincerely,

Bob Kennedy

F. R. Kennedy
Superintendent

FRK:mjh

EMPLOYEE PERFORMANCE EVALUATION FORM

EMPLOYEE NAME _____Zig Zag_____    DATE _____

POSITION/TITLE _____    SOCIAL SECURITY # _____

**KNOWLEDGE**
- ___ The son of a bitch really Knows his shit. ..
- ___ Knows just enough to be dangerous.
- ___ Only half a brain and is dangerous.—
- ✓ Fucking brain damaged.

**ATTITUDE**
- ___ Extremely cooperative (if you kiss his ass).
- ___ Brown noser.
- ___ Often pisses off co-workers.
- ✓ Doesn't give a shit, never did, never will.

**LIABILITY**
- ___ Really a dependable little cocksucker.
- ___ Can rely on him to be the first one out the fucking door.
- ✓ Totally fucking worthless.

**LEADERSHIP**
- ___ Carries a chain saw and gets good results.
- ___ Better leader than MacArthur at evaluation time.
- ___ Occasionally told to get fucked.
- ✓ Mother Theresa would tell this guy to go get fucked.

**ACCURACY**
- ___ Does excellent work if not preoccupied with pussy.
- ___ Pretty good, only occasionally blows it out his ass.
- ___ Has to take off his shoes to count higher than 10.
- ✓ Couldn't count his balls and get the same number twice.

**APPEARANCE**
- ___ Extremely neat, even combs his pubic hair.
- ___ Looks great at evaluation time.
- ___ Dirty, filthy, smelly son of a bitch.
- ✓ Flies leave fresh dog shit to follow him.

**PERFORMANCE**
- ___ Goes like a son of a bitch if there's money in it for him.
- ___ Does all kind of shit at evaluation time.
- ___ Works only if kicked in the ass every two minutes.
- ✓ Couldn't do less work if he were in a fucking coma.

FOR OFFICE USE ONLY

DO NOT WRITE IN THIS SPACE

1. [illegible] ... [illegible]

2. Why is Ray Charles smiling all the time?  Because he doesn't know he's black.

3. Why don't black babies play in sandboxes?  Because the cats keep covering them up

4. Why can't you circumsize an Iranian?  Because there's no end to those pricks.

5. How do you get four queers on a bar stool?  Turn it upside down.

6. Why did god give niggers rythm?  Because he fucked up their hair.

7. Why do niggers wear wide brim hats?  To keep the birds from shitting on their lips

8. What do you call a black test tube baby?  Janitor in a drum.

9. This nigger walks into this bar with a beautiful parrot on his shoulder.  The bart asks, "Where did you get that?"  The parrot says "Africa."

10. What's black and shines in the dark?  East St. Louis.

11. Why are eggs so frustrated?  Because they only get laid once, they only get eaten c and you gotta oil them to get them hard.

12. What do you get when you cross a donkey with an onion?
    A piece of ass that brings tears to your eyes.

13. How do you say "fuck" in Jewish?  Trust me.

14. Define Jewish foreplay.  Two hours of begging.

15. Why do you get when you cross a nigger and a chink?  A car thief that can't drive.

16. Why don't Puerto Rican's have checking accounts?
    Because it's hard to sign a check with a spray can.

17. Why do black people smell so bad?  So blind people can hate them too.

18. What are the three greatest lies?  The check is in the mail, black is beautiful and I won't come in your mouth.

19. How do you brain wash an Italian?  Give him an enema.

20. Why wasn't Christ born in Italy?  Because they couldn't find 3 wise men and a virgin

21. How do you get an Italian out of the bath tub?  Turn on the water.

22. Why do Italians wear hats?  So they can tell which end to wipe.

23. Why do Polish men make shitty lovers?  Because they wait for the swelling to go down

24. What do you say to a one legged hitchhiker?  Hop in

25. What's the difference between a Jew and a pizza?
    A pizza doesn't scream when you put it in the oven.

26. Why do Jews have such big noses?  Because air is free

27. Why was one of Helen Keller's legs yellow?  Because her dog was blind too.

28. Why did the guy trade his wife in for an outhouse?
    Because the hole was smaller and the smell was better.

29. What do you call 4 niggers in a Cadillac?  Grand theft auto.

30. Where do you get virgin wool?  From an ugly sheep.

31. Why don't Italians have freckles?  Because they slide off.

32. Why don't they have any black skiers?  Because their lips explode at 1,000 feet.

33. Why are hockey goaltenders and Polish girls alike?
    They both change their pads after three periods.

34. What do you call a gay Indian?  A brave fucker.

35. Why does Nancy Reagan always climb on top?  Because Ronnie can only fuck up.

36. Why did god create the orgasm?  So niggers would know when to stop fucking.

37. What's another reason god created the orgasm?
    Because he couldn't wait for the second coming.

38. Why does Miss Piggy use a honey and vinegar douche?
    Because Kermit likes sweet and sour pork.

39. What's black and yellow and makes you laugh?  A bus load of niggers going off a cliff

40. [illegible] ... [illegible]

[illegible lines]

# Hoo●ed On Ebonic●

*LeRoy is a 20 year-old 5th grader. This is LeRoy's homework assignment. He must use each word in a sentence.*

Foreclose - If I pay alimony this month, I have no money foreclose.

Rectum - I had two cadillacs, but my ol' lady rectum both.

Hotel - I gave my girlfriend crabs, and the hotel everybody.

Disappointment - My parole occifer tol me if I miss disappointment they gonna send me back to da big house.

Penis - I went to da doctor and he handed me a cup and said penis.

Israel - Alonso tried to sell me a Rolex. I said man dat look fake. He said bullshit, dat watch Israel.

Catacomb - Don King was at da fight the other night. Man somebody outa give dat catacomb.

Undermine - There is a fine lookin bitch be livin in da apartment undermine.

Acoustic - When I was liddle, my uncle bought me acoustic and took me to da pool hall.

Iraq - When we got to da pool hall, I tol my uncle Iraq, you break.

Stain - My mother-in-law stopped by and I axed her to plan on stain for dinner.

Seldom - My cousin gave me two tickets to da Bulls game and I seldom.

Honor - At da rape trial the Judge axed my buddy, who be honor first.

Odyssey - I tol my brother, you odyssey da tits on dat hoe.

Axe - The policeman wanted to axe me some questions.

Fortify - I axed da hoe how much and she say fortify.

Income - I just got in bed with da hoe and income my wife.

Distress - I be real hungry so I told da hoe to put on distress and let's go



THIS NOTICE SUBJECT TO CHANGE "SOON"

# This House Is A Violence ~~Free~~ Zone!!!

## We That Live Here DO ~~Not~~

Call each other bad names, scream at each other, say hurtful things, put each other down, throw things at one another, slam doors in anger, hit, pinch, punch, slap, kick, touch each other in ways that feel bad or wrong, threaten one another with weapons or use weapons against each other, break things intentionally, or do anything else to hurt someone in our Family or Community!

~ Women's Crisis Center 24 hour HotLine ~
Belleville 235-0892   E. St. ___ is 875-7970   Chester 826-5959
_____

# Perspective

# Civil Rights Violators Will Be Harshly Punished

**By Don Gilpin,
Business Manager**



The appearance of hangman's nooses, Confederate flags and racist graffiti in a AmerenUE power plants recently is proof that racial hatred has not yet been erased from our society. We do not know who is behind these deplorable acts, but hopefully, the FBI investigation will give us that answer.

The union suspects that the perpetrator or perpetrators are employees of the subcontractor brought in to handle the plant outages. Some of these contract workers have been overheard making racist remarks about our members of color. We hope that no Local 148 member would engage in such acts. No matter who is behind these incidents, rest assured the culprits will be dealt with harshly if and when they are apprehended. Should they be employees of current UE, company policy provides for termination. But termination may be the least of their worries. There is a fine line between harassment, which is a civil matter punishable under company policy and harassment that is considered a federal hate crime punishable by prison time.

In another situation involving alleged violation of company civil rights policy, pornographic materials were discovered at the Venice plant. This is unacceptable behav-

> *But termination may be the least of their worries. There is a fine line between harassment which is a civil matter punishable under company policy and harassment that is considered a federal hate crime punishable by prison time.*

ior on the part of members as well as management in the future, any one found to be bringing such material onto company property will receive a 30 calendar-days suspension.

In this case where a Local 148 member has been found to engage in harassing or discriminatory acts the union will not defend that member provided the facts of the case are not in question.

There is no room for harassment or discrimination in our workplace or our union. The company has a zero tolerance policy, and so do we. The union's policies are reprinted on pages 3 and 10 of this issue. Employees, no matter what their age, sex or race, have a federal protected right to be treated fairly and without discrimination. The consequences should be very harsh.

The company and union are working together to make sure the next outage, at the Havana plant, avoids the kind of incidents as these that occurred at the Meramec plant. In addition the two parties have agreed to review the current subcontracting language to identify areas where improvements can be made. The union hopes that all changes can be incorporated in our contract that will minimize the negative consequences that occur when large numbers of contract employees, including many from

out of state, come on site and interact with our members. One proposal we are considering is direct involvement through outage workers, perhaps through a hiring hall concept.

In the meantime should our members be aware of any kind of harassment or discrimination behavior in the workplace, they are encouraged to report such behavior immediately to their chief stewards or the union hall.

Remember that we have all taken an oath that we will not wrong a fellow engineer. Harassment or discriminatory acts against another engineer is a violation of that oath.

In an attempt to address this matter among our members, we have met with the company to discuss the establishment of an interactive racial and gender diversity training program. The company has taken under consideration a formal proposal from an outside consultant suggested by the union.

**BARGAINING AT SCOTT AIR FORCE BASE...** We are in the process of completing the review of an AAA Services Corporation proposal for an initial contract. AAA provides 11 skilled maintenance workers at the 375th Medical Group Aeromedical Staging Facility at Scott Air Force Base near Belleville. UE those workers voted overwhelmingly in January to have Local 148 become their sole bargaining agent. The union has submitted a counterproposal and at press time is were waiting to hear from the company regarding dates for additional bargaining sessions.

**BOYCOTT MT. OLIVE:** Mt. Olive Pickle Company continues to exploit America's migrant and seasonal farmworkers. The turn down demands of thousands of hard working men, women and children to lift out of pain, poverty and despair. "If Olive owners refuse to negotiate with the Farm Labor Organizing Committee to improve wages and working conditions. Do your part by refusing to buy their products

is published bimonthly by Local 148 of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers.

All correspondence should be directed to Local 148, in care of the editor.

Local 148 officers and business representatives:

# BUSINES

**The Southern Illinoisan**                                    Sunda

# PEOPLE & AWARDS

## Ebersohl promoted at power station



**Ebersohl**

Loyd Ebersohl, office supervisor at the Grand Tower power station for Central Illinois Public Service Co., has been promoted to human resources coordinator. Ebersohl joined CIPS in 1969 as a utilityman at Grand Tower. He became a repairman in 1982 and was named storekeeper in 1990. He has served as the office supervisor since 1993

## Meadows joins Tip's Tots



**Meadows**

Rebecca Meadows of Cobden has joined Tip's Tots and Treehouse south of Herrin as a teacher. Meadows received her associate's degree from Shawnee Community College and is certified in CPR and first aid. She previously worked as director and teacher at the Therapy Center in Carterville. She has more than 15 years of experience working with children 6 weeks to 12 years old.

## Pinnon hired at Century 21



Ken Pinnon

# DOWN

## Highway repair fun help local economy but will they last?

**By Karen Binder**
The Southern Illinoisan

Every $1 million spent on road projects creates seven to 10 jobs directly related to highway construction and nine to 13 indirect jobs

This fact and its impact is something that Illinois Department of Transportation officials such as District 9 engineer Karl Bartelsmeyer believe many people tend to take for granted.

Roughly $32.5 million allocated for fiscal 1997 ending June 30 will be spent on summer road projects alone. Final allocations for project beginning July 1 will not be known until May, Bartelsmeyer said.

"We truly do provide a major shot in the arm to the local economy, but to what degree we will be able to keep this up is something that will be changing here real soon," Bartelsmeyer said.

In addition to overseeing the district budget, Bartelsmeyer is the one who supervises the care of 895 miles of roads and 475 bridges throughout the 13 counties that form the southern tip of Illinois, Bartelsmeyer said.

in allocations. This will... er projects can be com... time, and multi-season will take longer

These projected declir happening at time tha, predicted to double in That increase will "int demand for repairs, imp and increased capacit IDOT's "Lifelines to t my" report

Delivered to state legi week, the report is a fur cast for IDOT's depart cluding highways, rail sy public transportation.

The Lifeline report cl without additional fun department's statewide ment backlog will grow b 2002 from 2,400 miles o 4,280 miles and 850 1,715 bridges

Bartelsmeyer said $1 in work is scheduled betw and 2001 though he has $259 million in needed ments. And I'm not talk any pie-in-the-sky pro ther he commented

Nonetheless bids to lowest price for quality collected typically in long projects

Part work will be