IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELMER ROBINSON, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 01-4235-JLF |
| | ) |
| AMEREN CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT

**IT IS ORDERED** that this action is dismissed without prejudice. Judgment is entered in favor of defendant and against plaintiffs.

NORBERT G. JAWORSKI, CLERK OF COURT

Date: 2-12-02

By: _____ Deputy Clerk

Approved: _____ Judge

EOD: 2-12-02

AO 72A
(Rev 8/82)